No. 17,406.

PERKINS *v.* PERKINS.
(277 P. [2d] 959)

Decided December 20, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. DICKERSON, MORRISSEY, ZARLENGO & DWYER, for plaintiff in error.

Mr. BENJAMIN GRIFFITH, Mr. JOHN R. GRIFFITH, for defendant in error.